UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VICTOR RUIZ,<br><br>              Plaintiff,<br><br>   v.<br><br>CANYON COUNTY JAIL, CANYON COUNTY MEDICAL, DEPUTY JENKS,<br><br>              Defendants. | Case No. 1:13-cv-00063-EJL<br><br>**JUDGMENT** |

    In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice. Additionally, this case is hereby ordered closed.

DATED: **April 29, 2013**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**